# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| White, Jeffrey S. | U.S. District, Northern Calif | 05/06/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge - Active | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Court, Northern District of Calif. <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 13 A 9: 24 FINANCIAL DISCLOSURE OFFICE

**White_Jeffrey_S**

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/06/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | UC Berkeley Boalt Law - Teaching | $18,517.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/06/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab National Tax Exempt Money Market Fund | | None | | | Transferred (to line 32) | 1-1 | J | | |
| 2. ISHARES MSCI Eafe Index Fund | A | Dividend | K | T | | | | | |
| 3. GMAC 0% Bond (formerly GM Corp Bond) | | None | J | T | | | | | |
| 4. ISHARES DJ US Basic Materials | A | Dividend | K | T | | | | | |
| 5. ISHARES Goldman Sach Tech 1 | A | Dividend | K | T | | | | | |
| 6. ISHARES US Consumer Noncyclic | B | Dividend | K | T | | | | | |
| 7. ISHARES US Consumer Cyclic | A | Dividend | K | T | | | | | |
| 8. ISHARES DJ US Energy Sector | B | Dividend | L | T | | | | | |
| 9. ISHARES DJ US Financial Sector | B | Dividend | K | T | | | | | |
| 10. ISHARES DJ US Healthcare Sector | A | Dividend | L | T | | | | | |
| 11. ISHARES DJ US Telecommunications | B | Dividend | K | T | | | | | |
| 12. ISHARES DJ US Utilities Sector | B | Dividend | K | T | | | | | |
| 13. Consumer Discrectionary Sector SPDR | A | Dividend | K | T | | | | | |
| 14. Consumer Staples Select Sector SPDR Trust | B | Dividend | L | T | | | | | |
| 15. Financial Select Sector SPDR | B | Dividend | K | T | | | | | |
| 16. Health Care Select Sector SPDR | B | Dividend | L | T | | | | | |
| 17. Industrial Select Sector SPDR | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Technology Select Sector SPDR | A | Dividend | L | T | | | | | |
| 19. Legg Mason Partners Diversified Large Cap Growth Fund | A | Dividend | J | T | | | | | |
| 20. ISHARES - S&P Euro 350 Index | A | Dividend | J | T | | | | | |
| 21. Oppenheimer Intl Diverisfied Fund ClassB | A | Dividend | J | T | | | | | |
| 22. Oppenheimer Global Fund Class A | C | Dividend | K | T | | | | | |
| 23. Oppenheimer Main Street Oppo. Fund Class A | A | Dividend | J | T | | | | | |
| 24. Oppenheimer Main Street Oppo. Fund Class B | A | Dividend | J | T | | | | | |
| 25. Oppenheimer Main Street Small Cap Fund Class B | A | Dividend | J | T | | | | | |
| 26. Oppenheimer Select Value Fund Cl A | A | Dividend | K | T | | | | | |
| 27. Oppenheimer Equity Fund Class A | A | Dividend | K | T | | | | | |
| 28. Safety First Trust CTF 2007-4 | | None | | | Sold | 11-24 | L | | |
| 29. Tiers Principal Protected (DJQ) | | None | | | Sold | 11-24 | L | | |
| 30. Tiers Principal Protected (NAS) | | None | | | Sold | 9-29 | L | | |
| 31. Schwab Advisor Cash Preimer Sweep | A | Interest | K | T | Open | 1-1 | K | | |
| 32. Schwab Calif Tax Free Fund Sweep | A | Int./Div. | J | T | Transferred (from line 1) | 1-1 | J | | |
| 33. SPDR Homebuilders ETF | A | Dividend | J | T | Buy | 4-7 | J | | |
| 34. iShares Dow Jones U.S. Real Estate Index | A | Dividend | J | T | Buy | 4-7 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Citibank MLD fund Linked to S&P 500 | A | Dividend | | | Buy | 9-24 | L | | |
| 36. GMAC Bank CDs | A | Interest | | | Open | 12-2 | L | | |
| 37. | | | | | | | | | |
| 38. Orrick Investments 2000 LLC | A | Int./Div. | J | U | | | | | |
| 39. Pollock Montgomery Washington Tower Investors II Partnership | A | Interest | K | U | | | | | |
| 40. Intercarp Limited Partnership | B | Int./Div. | K | U | | | | | |
| 41. Lincoln Financial Annuity - Lincoln VIP Moderate Profile | | None | M | T | | | | | |
| 42. Lincoln Financial Annuity - Lincoln Choice Plus | | None | N | T | | | | | |
| 43. Pollock 2007-2008 Independent Investors, LLC | A | Int./Div. | K | U | Spinoff (from line 39) | 1-1 | K | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. Citicorp IRA # 1 | A | Int./Div. | M | T | | | | | |
| 47. -MFS Total Return Fund A | | | | | | | | | |
| 48. -Legg Mason Partners Fundamental Value Fund Class B | | | | | | | | | |
| 49. -Goldman Sachs Bank USA CDs | | | | | Open | 11-25 | M | | |
| 50. -Safety First Trust CTF 2007-4 | | | | | Redeemed | 11-13 | K | | |
| 51. -Tiers Principal Protected | | | | | Sold | 11-15 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Citicorp IRA # 2 | A | Int./Div. | K | T | | | | | |
| 53. -MFS Total Return Fund A | | | | | | | | | |
| 54. -Leggs Mason Partners Value Fund Class B | | | | | | | | | |
| 55. -GE Money Bank CD | | | | | Open | 12-4 | J | | |
| 56. -Safety First Trust CTF 2007-4 | | | | | Redeemed | 11-30 | J | | |
| 57. | | | | | | | | | |
| 58. Charles Schwab - 401K/IRA Plan | F | Int./Div. | P1 | T | | | | | |
| 59. -Schwab Money Market Fund | | | | | | | | | |
| 60. -La Salle Bank CD | | | | | Closed | 11-5 | K | | |
| 61. -Bank of America Corp Bond | | | | | Redeemed | 8-15 | M | | |
| 62. -Chase Manhattan Corp Bond | | | | | | | | | |
| 63. -Ford Motor Credit Note | | | | | | | | | |
| 64. -General Motors Acceptance Bond | | | | | Redeemed | 5-9 | L | | |
| 65. -Citigroup Inc | | | | | Sold (part) | 11-3 | L | | |
| 66. -Coca-Cola Enterprises | | | | | Sold (part) | 11-1 | K | | |
| 67. -Merrill Lynch Corp Bonds | | | | | Redeemed | 4-3 | K | | |
| 68. -Counrtywide Home Loan | | | | | Sold | 5-5 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -JP Morgan & Co Corp Bond (formerly JP Morgan & Co) | | | | | | | | | |
| 70. -Household Finance HSBC Corp | | | | | Sold | 6-17 | L | | |
| 71. -Nation Bank Corp Bond | | | | | Redeemed | 2-15 | K | | |
| 72. -International Lease Finance Corp | | | | | | | | | |
| 73. -Lehman Brothers Holdings | | | | | Redeemed | 1-22 | L | | |
| 74. -Morgan Stanley | | | | | Sold (part) | 4-1 | L | | |
| 75. -Target Corp | | | | | | | | | |
| 76. -Phoenix Quarterly Bond | | | | | Redeemed | 4-1 | J | | |
| 77. -General Electric Corp Bond | | | | | Redeemed | 5-1 | K | | |
| 78. -Financial Select Sector SPDR | | | | | | | | | |
| 79. -Goldman Sachs Group Inc Bond 4.5% | | | | | | | | | |
| 80. -India Fund, Inc | | | | | | | | | |
| 81. -Industrial Select Sect SPDR | | | | | | | | | |
| 82. -ISHARES FTSE/Xinua China 25 | | | | | | | | | |
| 83. -Street Tracks Gold Trust | | | | | Sold | 8-15 | J | C | |
| 84. -JP Morgan Chase and Co Bond (formerly JPM Chase Manhatten) | | | | | Redeemed (part) | 2-1 | K | | |
| 85. -Bellsouth Cap Funding | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. - | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -ISHARES - MSCI Australia Index | | | | | | | | | |
| 87. -ISHARES - MSCI Canada Index | | | | | | | | | |
| 88. -ISHARES - MSCI EAFE Index Fund | | | | | | | | | |
| 89. -ISHARES - MSCI Emerging Markets Index | | | | | | | | | |
| 90. -ISHARES - MSCI Japan Index | | | | | | | | | |
| 91. -ISHARES - MSCI Malaysia Index | | | | | | | | | |
| 92. -ISHARES - S&P Europe 350 Index | | | | | | | | | |
| 93. -ISHARES - S&P Latin America 400 Index | | | | | | | | | |
| 94. -ISHARES - Global Industrials | | | | | | | | | |
| 95. -Phoenix Co 7.45% Preferred | | | | | Buy | 5-1 | J | | |
| 96. -Aetna Inc 7.875% Bond | | | | | Buy | 9-26 | K | | |
| 97. -Conoco Phillips Bond 4.4% | | | | | Buy | 11-12 | K | | |
| 98. -Disney (Walt) Company 6.375% Bond | | | | | Buy | 9-25 | K | | |
| 99. -Du Pont de Nemours 6.875% | | | | | Buy | 1-4 | K | | |
| 100. -General Electric Cap Corp 5.25% Bond | | | | | Buy | 11-13 | L | | |
| 101. -General Electric Capital Corp 6% Bond | | | | | Buy | 5-12 | M | | |
| 102. -Geneeral Electric Captial Corp 4.8% Bond | | | | | Buy | 5-28 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Goldman Sachs Group Inc 5.45% Bond | | | | | Buy | 2-6 | M | | |
| 104. -Hewlett-Packard Co 5.25% Bond | | | | | Buy | 4-24 | M | | |
| 105. -Honeywell International 6.125% Bond | | | | | Buy | 9-25 | K | | |
| 106. -PepsiCo Inc 4.65% Bond | | | | | Buy | 7-23 | L | | |
| 107. -Verizon Communications 4.35% Bonds | | | | | Buy | 2-27 | L | | |
| 108. -Wells Fargo & Company 6.375% Bond | | | | | Buy | 1-23 | K | | |
| 109. | | | | | | | | | |
| 110. Schwab IRA Account | B | Int./Div. | K | T | | | | | |
| 111. -Davis New York Venture Fund | | | | | Sold | 1-17 | J | | |
| 112. -John Hancock Perferred Income Fund | | | | | Sold | 1-17 | J | | |
| 113. -Pimco Corporate Opportunity Fund | | | | | Sold | 1-17 | K | A | |
| 114. -Schwab Advisor Cash Premier - Sweep | | | | | | | | | |
| 115. -Claymore/BNY BRIC EFT | | | | | Buy | 5-5 | K | | |
| 116. -Powershares QQQ Nasdaq 100 | | | | | Buy | 5-5 | J | | |
| 117. -iShares S&P 500/Barr Browth | | | | | Buy | 5-5 | K | | |
| 118. -iShares S&P Global 100 | | | | | Buy | 5-5 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/06/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSI̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544